JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>　　Plaintiffs,<br><br>　　vs.<br><br>EXPRESS EQUIPMENT SERVICE, LLC, a California limited liability company,<br><br>　　Defendant. | Case No.: CV11-8057 GAF (MANx)<br><br>Assigned to the Honorable Gary A. Feess<br><br>**[PROPOSED]** JUDGMENT |

As the default of the defendant was entered on October 27, 2011, and as this Court entered an Order granting the plaintiffs' Motion for Default Judgment on December 1, 2011, and since no actions have been taken by the defendant since default was entered, and for good cause shown,

///

///

///

1

1     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the plaintiffs, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust and Trustees of the Operating Engineers Training Trust, shall recover from Express Equipment Service, LLC, a California limited liability company, the total amount of $173,908.61, plus post-judgment interest as provided by law.

DATED: _December 7, 2011__           _____
                                     UNITED STATES DISTRICT JUDGE